168 A.3d 60

**GEDDES**

v.

**PEOPLE'S COUNSEL**

**Pet. Docket No. 141, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 2755, Sept. Term, 2015).

Petition for writ of certiorari denied

■

168 A.3d 60

**GEIER**

v.

**HIGHPOINT REMODELING**

**Pet. Docket No. 134, Sept. Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

(No. 03–C–16–009028, Circuit Court for Baltimore County.)

Petition for writ of certiorari denied